No. 527.  UNITED STATES *v.* CITIZENS UTILITIES CO. ET AL.; and

No. 528.  CITY OF LOS ANGELES *v.* CITIZENS UTILITIES CO. ET AL.  Court of Claims.  Certiorari denied. *Solicitor General Rankin, Assistant Attorney General Doub* and *Melvin Richter* for the United States. *Roger Arnebergh, Northcutt Ely* and *Robert L. McCarty* for petitioner in No. 528. *Jesse Climenko* for the Citizens Utilities Co., and *Ezekiel G. Stoddard* for the California-Pacific Utilities Co., respondents.  Reported below: 137 Ct. Cl. 547, 149 F. Supp. 158.

No. 529.  KELLY *v.* PENNSYLVANIA RAILROAD CO.  C. A. 3d Cir.  Certiorari denied. *B. Nathaniel Richter* for petitioner. *Philip Price* for respondent.

No. 530.  TSEUNG CHU, ALIAS BOW QUONG CHEW, TSEUNG BOWQUONG CHEW AND THOMAS BOWQUONG CHEW, *v.* CORNELL, ACTING OFFICER IN CHARGE, IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir. Certiorari denied. *Frank Wickhem* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for respondent.

No. 531.  SEABOARD AIR LINE RAILROAD CO. *v.* BRADDOCK ET AL.  Supreme Court of Florida.  Certiorari denied. *Charles R. Scott, John S. Cox* and *David W. Dyer* for petitioner. *William S. Frates* and *Walter H. Beckham, Jr.* for respondents.

No. 532.  CAMPISI *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied. *Peter J. Donoghue* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General McLean, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.